In the Matter of the Estate of CHARLES A. SCHERZINGER, Deceased. GEORGE T. SCHERZINGER, Appellant; MARIE L. SCHERZINGER, as Administratrix of the Estate of CHARLES A. SCHERZINGER, Deceased, Respondent.

Argued May 17, 1948; decided June 11, 1948.

*James N. Vaughan* for appellant.

*William F. Cassin* and *Edward J. Barry* for respondent.

Order affirmed, with costs to the respondent payable out of the estate. Motion to dismiss appeal denied. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.